## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

## BILL OF INFORMATION FOR THEFT OF
## GOVERNMENT MONEY AND FOREFEITURE ALLEGATION

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 20-37-JWD-SDJ |
|---|---|---|
| | : | |
| *versus* | : | 18 U.S.C. § 641 |
| | : | 18 U.S.C. § 981(a)(1)(C) |
| CURTIS SHEPHERD | : | 28 U.S.C. § 2461(c) |

## THE UNITED STATES ATTORNEY CHARGES:

Beginning on or about March 16, 2010, and continuing through on or about August 10, 2016, in the Middle District of Louisiana, **CURTIS SHEPHERD**, defendant herein, did embezzle, steal, purloin, and knowingly convert to his own use United States government funds exceeding $1,000, namely, monthly Social Security Disability payments, knowing that the money was not his and with the intent to deprive the United States of the use and benefit of the money.

The above is a violation of Title 18, United States Code, Section 641.

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in this Bill of Information, **CURTIS SHEPHERD**, defendant herein, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

If any of the property described above, as a result of any act or omission of the defendant:

   a.   cannot be located upon the exercise of due diligence;

   b.   has been transferred or sold to, or deposited with, a third party;

1

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided
        without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section

2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United

States Code, Section 2461(c).

UNITED STATES OF AMERICA, by

Date: 5/4/2020

BRANDON J. FREMIN
UNITED STATES ATTORNEY

KASHAN K. PATHAN
ASSISTANT U.S. ATTORNEY

2

# Criminal Cover Sheet                    U.S. District Court

**Place of Offense:**                    **Matter to be sealed:**  ☒ No  ☐ Yes

City          <u>Baton Rouge, Louisiana</u>        **Related Case Information:**

County/Parish    <u>East Baton Rouge Parish</u>    Superseding Indictment _____  Docket Number _____
                                         Same Defendant _____          New Defendant  ☒
                                         Magistrate Case Number _____
                                         Search Warrant Case No. _____
                                         R 20/ R 40 from District of _____
                                         **Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name:    CURTIS SHEPHERD

**U.S. Attorney Information:**

AUSA:    Kashan K. Pathan          Bar #:    Illinois BN 6327422

**Interpreter:** ☒ No  ☐ Yes      **List language and/or dialect:** _____

**Location Status:**

Arrest Date    _____
_____    Already in Federal Custody
_____    Already in State Custody
_____    On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:    <u>1</u>

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count(s)</u> | **Petty/ Misdemeanor/ <u>Felony</u>** |
|---|---|---|---|
| <u>18:641</u> | Theft of government money | <u>1</u> | Felony |

**Date:** <u>5/4/2020</u>      **Signature of AUSA:** <u>/s/ Kashan K. Pathan</u>

**District Court Case Number (To be filled in by deputy clerk):** _____