UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

CURTIS SHEPHERD

CRIMINAL

NO. 20-37-JWD-SDJ

---

Arraignment was held in the above matter by ZOOM before District Judge John W. deGravelles on June 9, 2020, with the following participants:

> Kashan Khan Pathan
> **Counsel for the United States**
>
> John S. McLindon
> **Counsel for the Defendant**
>
> Curtis Shepherd
> **Defendant**

The Court notes for the record that the Defendant has waived his right to personally appear and consents to proceeding remotely by video conference for today's hearing. The Court specifically finds that this Plea cannot be further delayed without serious harm to the interests of justice.

The Defendant is sworn and questioned by the Court. The Bill of Information is summarized into the record. The waiver of indictment is accepted by the Court and shall be filed into the record by counsel for the Defendant. The plea agreement is authenticated and summarized and shall be filed into the record by the Assistant United States Attorney. The factual basis for the guilty plea is read into the record. The Defendant enters a plea of GUILTY to the Bill of Information. The Court finds that there is a sufficient factual basis

for the guilty plea. The Court accepts the guilty plea but defers acceptance of the plea agreement until the time of sentencing  The Court orders a presentence investigation. The Defendant is released on the bond conditions set by the Magistrate Judge.

    Signed in Baton Rouge, Louisiana, on <u>June 10, 2020</u>.

CR 1; T:1:00 hr
Reporter: Gina Delatte-Richard

                                          **JUDGE JOHN W. deGRAVELLES**
                                          **UNITED STATES DISTRICT COURT**
                                          **MIDDLE DISTRICT OF LOUISIANA**